UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-1559(DSD/JFD)

Mark Latimer,

        Plaintiff,

v.                                    **ORDER**

MDOC, Sherlinda Wheeler,
Chris Pawelk and Chad Oye,

        Defendants.

This matter is before the court upon the report and recommendation of United States Magistrate Judge John F. Docherty, dated September 1, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Based on the R&R, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED that** this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2021

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court